UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| BORIS FUENTES, *et al.*,<br>    for himself and for others similarly<br>    situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>THE ENVIRONMENTAL GROUP,<br>    INC., *et al.*,<br><br>        Defendants. | Civil Action No. 8:13-3093-JFM |

**[PROPOSED]**
**IMPORTANT**
**NOTICE**

TO:   INDIVIDUALS WHO HAVE WORKED FOR THE COMPANY KNOWN AS "THE ENVIRONMENTAL GROUP" REMOVING ASBESTOS OR OTHER HAZARDOUS MATERIALS AFTER [three years prior to the date of the Court's Order]

RE:   YOUR PARTICIPATION IN A LAWSUIT FOR UNPAID WAGES UNDER THE FAIR LABOR STANDARDS ACT

**A COURT HAS AUTHORIZED THIS NOTICE WHICH DESCRIBES
LEGAL RIGHTS YOU MAY HAVE
YOU ARE NOT BEING SUED OR ASKED TO PAY ANY MONEY**

### I.   INTRODUCTION

The purpose of this Notice is to tell you about a lawsuit in which former employees of The Environmental Group are seeking to recover overtime pay that they say they should have been paid but were not paid.  The court has not decided whether The Environmental Group or any of the other Defendants have done anything wrong.  If you wish to join this suit, you must complete and return the attached Consent to Join Suit to the address indicated below so that it is received by [60 days after notices are mailed].

## II.   BACKGROUND

A lawsuit now pending in the United States District Court for the District of Maryland alleges that The Environmental Group illegally failed to pay overtime to individuals who worked for it removing asbestos or other hazardous materials when those individuals worked more than forty hours in a workweek.  The Defendants in this lawsuit deny the allegations and say they have done nothing wrong.

## III.   YOUR PARTICIPATION IN THE LAWSUIT

You may be entitled to participate in this lawsuit as a plaintiff if you worked removing asbestos or other hazardous materials for The Environmental Group at any time after _____, 2014 [date that is three years prior to date of order certifying class] and were not paid at the overtime rate  for all hours worked in excess of forty hours  in each workweek.

You are not automatically included as a plaintiff in the lawsuit.  If you want to join, you must complete the enclosed "Consent to Join Lawsuit" form and return it to the address indicated so that it is received by no later than _____, 2014 [sixty days after notices are mailed].

Your continued right to participate in the lawsuit may depend upon a later decision by the Court that you and the Plaintiffs are "similarly situated."

The longer you wait, the less your claim may be worth, as the statute of limitations may not continue to toll until your "Consent to Join Lawsuit" is filed with the Court.

## IV.   NO RETALIATION IS PERMITTED

Federal law prohibits Defendants from firing you or taking any other adverse action against you because you have exercised your legal right to join this lawsuit.

## V.   YOUR RIGHT TO DECLINE PARTICIPATION IN THIS LAWSUIT

If you do not want to join this lawsuit, do nothing.  If you do not return the "Consent to Join Lawsuit" form on time, you will not be a party in this case and will be entitled to no recovery from this lawsuit.  You may consult with your own attorney about what to do.  A decision not to participate in the lawsuit will not affect your rights to pursue possible claims on an individual basis.

## VI.   EFFECT OF JOINING THIS LAWSUIT

If you join this lawsuit:

(1) You will be represented in the case by the attorneys currently representing the Plaintiffs in this case, whose names are listed below (unless you hire your own attorney).

(2) You may be bound by any final disposition of the lawsuit, whether favorable or unfavorable.

(3) You may be required to answer questions or provide information about your employment by The Environmental Group.

## VII.   NOTICE OF THE ATTORNEYS IN THE CASE

The following attorneys represent the Plaintiffs in this lawsuit:

| | |
|---|---|
| Matthew B. Kaplan | Matthew K. Handley |
| The Kaplan Law Firm | The Washington Lawyers Committee |
| 509 N. Jefferson St. | for Civil Rights and Urban Affairs |
| Arlington, VA 22205 | 11 Dupont Circle, Suite 400 |
| Telephone:  (703) 665-9529 | Washington, DC 20036 |
| Email: | Phone: (202) 3190-1000 |
| mbkaplan@thekaplanlawfirm.com | Email: matthew_handley@washlaw.org |

If plaintiffs are successful, and if the Court approves, costs expended and fees incurred by the attorneys for the plaintiffs will be deducted from settlement or judgment first (which may reduce your recovery), or paid separately by Defendants.  **If the case is not successful you will not have to pay anything to the attorneys for the Plaintiffs.**

## VIII.  MORE INFORMATION

For more information please contact, in English or Spanish, Ms. Alicia Danze, Paralegal, The Washington Lawyers Committee for Civil Rights and Urban Affairs, at telephone number (202) 319-1000 or at email alicia_danze@washlaw.org.  You may also contact one of the attorneys in the case.