# UNITED STATES DISTRICT COURT
### DISTRICT OF MARYLAND

CHAMBERS OF  
J. FREDERICK MOTZ  
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET  
BALTIMORE, MARYLAND 21201  
(410) 962-0782  
(410) 962-2698 FAX

May 8, 2014

MEMO TO COUNSEL RE:   Boris Fuentes v. The Environmental Group  
　　　　　　　　　　　　Civil No. JFM-13-3093

Dear Counsel:

    I have reviewed the memoranda submitted in connection with plaintiff's motion for conditional certification. The motion (document 20) is granted. I am satisfied that plaintiffs have met the low burden required of them for a conditional certification.

    I am also satisfied that defendants should provide any telephone numbers it has for potential class members. I understand that you are in agreement as to the location for posting the notice and the additional language that defendants propose to add to the notice.

    Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

/s/

J. Frederick Motz  
United States District Judge