UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

BORIS FUENTES, *et al.*

Plaintiffs,

v.

THE ENVIRONMENTAL GROUP,
INC., *et al.*

Defendants.

No. 8:13-cv-03093-WGC

## ORDER APPROVING PARTIES' SETTLEMENT, DISMISSING CASE WITH PREJUDICE AND CLOSING CASE

Upon consideration of the Parties' request for approval of the ssettlement agreement which was negotiated in good faith between the Parties during a mediation session directly supervised by the Court, and for good cause shown, it is hereby

ORDERED that the Parties' settlement agreement be and hereby is APPROVED, as the settlement reflects "a reasonable compromise over issues, such as [Fair Labor Standards Act] coverage [and] computation of back wages, that are actually in dispute," *Lopez v. NTI*, 748 F. Supp. 2d 471, 478 (D. Md. 2010) (quoting *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1354 (11th Cir. 1982)); and it is further

ORDERED that the above-captioned action be and hereby is DISMISSED WITH PREJUDICE; and it is further

ORDERED that the Court shall retain jurisdiction over this matter in the event that there should be any dispute as to the enforcement of the terms of the settlement agreement

ORDERED that the Clerk of Court is directed to CLOSE this case.

SO ORDERED this 17th day of July, 2015

*William Connelly*
William Connelly
Chief United States Magistrate Judge